1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JON A. HEABERLIN (SBN 199810)
**RANKIN | STOCK | HEABERLIN | ONEAL**
96 No. Third Street, Suite 500
San Jose, California 95112-7709
Telephone: (408) 293-0463
Facsimile: (408) 293-9514
Email: jon@rankinstock.com

*Attorneys for Defendants*
COUNTY OF SUTTER, SHERIFF BRANDON
BARNES, MARK HYLEN, ERNESTO
CHAVEZ, HARRISON EIDE, and MICHAEL
AGUILAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEFFREY COMER,

               Plaintiff,

      v.

COUNTY OF SUTTER, SHERIFF
BRANDON BARNES, in his individual and
official capacity, MARK HYLEN, ERNESTO
CHAVEZ, HARRISON EIDE, MICHAEL
AGUILAR, and DOES 1 through 25 inclusive,

               Defendants.

Case No. 2:22-cv-00079-TLN-KJN

**JOINT STIPULATION TO MODIFY
INITIAL PRETRIAL SCHEDULING
ORDER AND ORDER**

Pursuant to Civil Local Rule 143(a)(1) and subject to the Court's approval, the parties

hereto jointly stipulate to modify the Initial Pretrial Scheduling Order and Order entered on

January 12, 2022 by the Court (Document #3) as detailed below.  This is the <u>first</u> request to

modify the case schedule.

Counsel have engaged in discussions regarding alternative dispute resolution and have

agreed to mediate with Hon. Maria-Elena James (ADR Services, Inc.).  The parties have met and

conferred in good faith, and have elected to proceed with targeted initial discovery, focusing on

the anticipated liability issues which require some initial depositions.  The parties plan to then

JOINT STIPULATION TO MODIFY INITIAL
PRETRIAL SCHEDULING ORDER AND ORDER
CASE No. 2:22-cv-00079-TLN-KJN

proceed to mediation with Judge James, while deferring the balance of the discovery until after seeing whether the matter can be resolved in mediation.  The parties believe that this framework will potentially save on the considerable expense which will likely be incurred in full discovery for this law enforcement shooting case, thereby fostering potential early resolution.

There is no trial date set in this matter.

The parties believe that the below schedule will allow them to complete the necessary initial discovery, proceed to mediation, and then – if the matter doesn't resolve - complete the remaining discovery.

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | November 10, 2022 (240 days from last Answer of 3/15/22) | April 28, 2023 |
| Disclosure of Experts | January 9, 2022 (60 days following close of fact discovery) | June 27, 2023 |
| Supplemental Disclosure of Discovery/Experts | April 7, 2023 (30 days prior to dispositive motion hearing date) | September 26, 2023 |
| **Last Day to File Dispositive Motions** | May 9, 2023 (180 days after close of discovery) | October 25, 2023 |

The parties agree that all other matters contained in the Initial Pretrial Scheduling Order (Document 3) filed January 12, 2022, are incorporated herein.

LAW OFFICES OF ROBERTO MARQUEZ

DATED: /s/ _____ _____      __/s/_____

Roberto Marquez
Attorneys for Plaintiff


RANKIN | STOCK | HEABERLIN | ONEAL


DATED:  /s/_____ _____ _____      /s/ Jon A. Heaberlin_____

JON A. HEABERLIN

Attorneys for all Defendants

JOINT STIPULATION TO MODIFY INITIAL
PRETRIAL SCHEDULING ORDER AND ORDER
CASE NO. 2:22-CV-00079-TLN-KJN

1

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

DATED: November 3, 2022

4

_____
Troy L. Nunley
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO MODIFY INITIAL
PRETRIAL SCHEDULING ORDER AND ORDER
CASE NO. 2:22-CV-00079-TLN-KJN