JON A. HEABERLIN (SBN 199810)
**RANKIN | STOCK | HEABERLIN | ONEAL**
96 No. Third Street, Suite 500
San Jose, California 95112-7709
Telephone: (408) 293-0463
Facsimile: (408) 293-9514
Email: jon@rankinstock.com

*Attorneys for Defendants*
COUNTY OF SUTTER, SHERIFF BRANDON BARNES, MARK HYLEN, ERNESTO CHAVEZ, HARRISON EIDE, and MICHAEL AGUILAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY COMER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SUTTER, SHERIFF BRANDON BARNES, in his individual and official capacity, MARK HYLEN, ERNESTO CHAVEZ, HARRISON EIDE, MICHAEL AGUILAR, and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No. 2:22-cv-00079-TLN-KJN<br><br>**JOINT STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER AND ORDER** |

Pursuant to Civil Local Rule 143(a)(1) and subject to the Court's approval, the parties hereto jointly stipulate to modify the Initial Pretrial Scheduling Order and Order entered on January 12, 2022 by the Court (Document #3) as detailed below.  This is the second request to modify the case schedule. (See Docket 12).

Counsel have engaged in discussions regarding alternative dispute resolution and have agreed to mediate with Hon. Maria-Elena James (ADR Services, Inc.).  The parties have met and conferred in good faith, and have elected to proceed with targeted initial discovery, focusing on the anticipated liability issues which require some initial depositions.  The parties plan to then

proceed to mediation with Judge James, while deferring the balance of the discovery until after seeing whether the matter can be resolved in mediation.  The parties believe that this framework will potentially save on the considerable expense which will likely be incurred in full discovery for this law enforcement shooting case, thereby fostering potential early resolution.

There is no trial date set in this matter.

There has been some delay in initial discovery due in large part to defense counsel's trial schedule, as well as a bout with COVID.  There have been some additional delays in scheduling the mediation, as defense counsel encountered some scheduling issues in proceeding with a closed session before the Board of Supervisors for the County of Sutter.  That closed session is now scheduled to occur on March 28, 2023.

The parties believe that the below schedule will allow them to complete the necessary initial discovery, proceed to mediation, and then – if the matter doesn't resolve - complete the remaining discovery.

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | April 28, 2023 | July 28. 2023 |
| Disclosure of Experts | June 27, 2023 | September 26, 2023 |
| Supplemental Disclosure of Discovery/Experts | September 26, 2023 | October 25, 2023 |
| **Last Day to File Dispositive Motions** | October 25, 2023 | December 6, 2023 |

The parties agree that all other matters contained in the Initial Pretrial Scheduling Order (Document 3) filed January 12, 2022, are incorporated herein.

LAW OFFICES OF ROBERTO MARQUEZ

DATED: /s/ ____March 27, 2023_____      ___/s/ Roberto Marquez_____
Roberto Marquez
Attorneys for Plaintiff

RANKIN | STOCK | HEABERLIN | ONEAL

DATED:  /s/_____ March 27, 2023 _____    /s/ Jon A. Heaberlin_____
JON A. HEABERLIN
Attorneys for all Defendants

- 2 -   JOINT STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER AND ORDER
Case No. 2:22-cv-00079-TLN-KJN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 28, 2023

_____
Troy L. Nunley
United States District Judge