JON A. HEABERLIN (SBN 199810)
**RANKIN | STOCK | HEABERLIN | ONEAL**
96 No. Third Street, Suite 500
San Jose, California 95112-7709
Telephone: (408) 293-0463
Facsimile: (408) 293-9514
Email: jon@rankinstock.com

*Attorneys for Defendants*
COUNTY OF SUTTER, SHERIFF BRANDON BARNES, MARK HYLEN, ERNESTO CHAVEZ, HARRISON EIDE, and MICHAEL AGUILAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY COMER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SUTTER, SHERIFF BRANDON BARNES, in his individual and official capacity, MARK HYLEN, ERNESTO CHAVEZ, HARRISON EIDE, MICHAEL AGUILAR, and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No. 2:22-cv-00079-TLN-KJN<br><br>**JOINT STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER AND ORDER** |

Pursuant to Civil Local Rule 143(a)(1) and subject to the Court's approval, the parties hereto jointly stipulate to modify the Initial Pretrial Scheduling Order and Order entered on January 12, 2022 by the Court (Docket 3) as detailed below. This is the <u>third</u> request to modify the case schedule. (See Docket 12, 14).

Counsel have engaged in discussions regarding alternative dispute resolution and have agreed to mediate with Hon. Maria-Elena James (ADR Services, Inc.). The parties originally planned to proceed with targeted initial discovery, and then proceed to mediation without having to generate unnecessary cost and expense. However, over the course of the last few months,

Plaintiff and Defendants' counsel had a number of candid communications regarding the parties' respective settlement positions. In addition, defense counsel met with the Board of Supervisors for the County of Sutter in April 2023. Following that meeting and after further informal settlement discussions, both counsel's concluded that more extensive discovery – including the depositions of all the parties and at least three third-party witnesses – would be required before the case would be meaningfully ripe for settlement and ADR. Accordingly, the parties are in the process of setting the depositions of Plaintiff and all of the Defendants, as well as some of the third-party witnesses. Because the Plaintiff is currently incarcerated at Folsom State Prison, the logistics involved in setting up his deposition is expected to take some additional time.

There is no trial date set in this matter.

There was originally some delay in initial discovery due in large part to defense counsel's trial schedule, as well as a bout with COVID. Defense counsel also encountered some scheduling issues in proceeding with a closed session before the Board of Supervisors for the County of Sutter.

The parties believe that the below schedule will allow them to complete the necessary discovery, and then continue settlement discussions and/or proceed to mediation with Judge James.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | July 28. 2023 | October 16, 2023 |
| Disclosure of Experts | September 26, 2023 | December 8, 2023 |
| Supplemental Disclosure of Discovery/Experts | October 25, 2023 | December 22, 2023 |
| **Last Day to File Dispositive Motions** | December 6, 2023 | March 20, 2024 |

The parties agree that all other matters contained in the Initial Pretrial Scheduling Order (Document 3) filed January 12, 2022, are incorporated herein.

LAW OFFICES OF ROBERTO MARQUEZ

DATED:  June 22, 2023         /s/Roberto Marquez
                              Roberto Marquez
                              Attorneys for Plaintiff

RANKIN | STOCK | HEABERLIN | ONEAL

- 2 -   JOINT STIPULATION TO MODIFY INITIAL
PRETRIAL SCHEDULING ORDER AND ORDER
CASE No. 2:22-CV-00079-TLN-KJN

DATED:  June 22, 2023            /s/ Jon A. Heaberlin
                                 JON A. HEABERLIN
                                 Attorneys for all Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 23, 2023

_____
Troy L. Nunley
United States District Judge