JON A. HEABERLIN (SBN 199810)
**RANKIN | STOCK | HEABERLIN | ONEAL**
96 No. Third Street, Suite 500
San Jose, California 95112-7709
Telephone: (408) 293-0463
Facsimile: (408) 293-9514
Email: jon@rankinstock.com

*Attorneys for Defendants*
COUNTY OF SUTTER, SHERIFF BRANDON BARNES, MARK HYLEN, ERNESTO CHAVEZ, HARRISON EIDE, and MICHAEL AGUILAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY COMER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SUTTER, SHERIFF BRANDON BARNES, in his individual and official capacity, MARK HYLEN, ERNESTO CHAVEZ, HARRISON EIDE, MICHAEL AGUILAR, and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No. 2:22-cv-00079-TLN-KJN<br><br>**JOINT STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER AND ORDER** |

Pursuant to Civil Local Rule 143(a)(1) and subject to the Court's approval, the parties hereto jointly stipulate to modify the Initial Pretrial Scheduling Order and Order entered on January 12, 2022 by the Court (Docket 3) as detailed below. This is the fourth request to modify the case schedule. (See Docket 12, 14, 16).

This fourth request is necessitated by the recent appointment of defense counsel Jon A. Heaberlin, Esq. to the Santa Clara County Superior Court as a Commissioner. Mr. Heaberlin's appointment occurred on or about June 30, 2023, and before the parties could complete meaningful discovery on this matter. Mr. Heaberlin will be sworn-in on or about September 14,

2023.  Defendants believe they have located new counsel who is anticipated to substitute into the case in the next 1-2 weeks.  New counsel will need some considerable time to get up to speed on this voluminous file.

There is no trial date set in this matter.

The parties believe that the below schedule will allow them to complete the necessary discovery, and then continue settlement discussions and/or proceed to mediation with Judge James.

| Event | Current Deadline | New Proposed Deadline |
| --- | --- | --- |
| Close of Fact Discovery | October 16, 2023 | March 25, 2024 |
| Disclosure of Experts | December 8, 2023 | May 17, 2024 |
| Supplemental Disclosure of Discovery/Experts | December 22, 2023 | June 7, 2024 |
| Last Day **to File** Dispositive Motions | March 20, 2024 | July 17, 2024 |

The parties agree that all other matters contained in the Initial Pretrial Scheduling Order (Document 3) filed January 12, 2022, are incorporated herein.

LAW OFFICES OF ROBERTO MARQUEZ

DATED: /s/ ____/s/ Aug. 1, 2023_____       ____/s/Roberto Marquez_____
                                            Roberto Marquez
                                            Attorneys for Plaintiff

RANKIN | STOCK | HEABERLIN | ONEAL

DATED:  /s/ Aug. 1, 2023  _____   _    /s/ Jon A. Heaberlin_____
                                        JON A. HEABERLIN
                                        Attorneys for all Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 2, 2023

_____
Troy L. Nunley
United States District Judge