Peter Goldstein [SBN 123111]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone:     (310) 552-2050
Facsimile:      (888) 400-8799

-AND-

Roberto Marquez (State Bar #131195)
Law Offices of Roberto Marquez
613 D Street
Marysville, CA 95901
Telephone: (530) 749-8766
Facsimile: (530) 743-1364

*Attorneys for Plaintiff*
*JEFFREY COMER*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY COMER,<br><br>            Plaintiff,<br><br>     vs.<br><br>County of Sutter, Sherriff Brandon Barnes, in his individual and official capacity, MARK HYLEN, ERNESTO CHAVEZ, HARRISON EIDE, MICHAEL AGUILAR, DOES 1 through 25 inclusive,<br><br>            Defendants. | Case No: 2:22-cv-00079-TLN-KJN<br><br>**JOINT STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDING AND ORDER** |

Pursuant to Civil Pursuant to Civil Local Rule 143(a)(l) and subject to the Court's approval, the parties hereto jointly stipulate to modify the Initial Pretrial Scheduling Order and Order entered on January 12, 2022 by the Court (Docket 3) as detailed below.  This is the <u>fifth</u> request to modify the case schedule. (See Docket 12, 14, 16, 18).

This fifth request is necessitated by the recent appointment of defense counsel Jon A.

1

Heaberlin, Esq. to the Santa Clara County Superior Court as a Commissioner. Mr. Heaberlin's appointment occurred on or about June 30, 2023, and before the parties could conduct any preliminary discovery on this matter. Mr. Heaberlin was sworn in on or about September 14, 2023. Defendants have since appointed counsel Noah G. Blechman, Esq., and this Court recently issued Orders granting the attorney substitution for Defendants. (see Docket 25-29,31). New counsel will need considerable time to get up to speed on this voluminous file in this shooting case. At this moment, no initial disclosures have been served by parties. Additionally, Peter Goldstein recently associated into this case with Roberto Marquez and will also require time to get up to speed.

There is no trial date set in this matter.

The parties believe that the below schedule will allow them to complete the necessary discovery, and then engage in potential settlement discussions and/or proceed to mediation.

| Event | Current Deadline | New Proposed Deadline |
| --- | --- | --- |
| Close of Fact Discovery | March 25, 2024 | **September 25, 2024** |
| Experts Disclosures Deadline | May 17, 2024 | **November 18, 2024** |
| Supplemental Disclosure of Discovery/Experts | June 7, 2024 | **December 9, 2024** |
| Dispositive Motions Filing Deadline | July 17, 2024 | **January 17, 2025** |

The parties agree that all other matters contained in the Initial Pretrial Scheduling Order (Document 3) filed January 12, 2022, are incorporated herein.

The parties attest that the concurrence in the filing of these documents has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

DATED: October 9, 2023              PETER GOLDSTEIN LAW CORP
                                    /s/ Peter Goldstein
                                    Peter Goldstein
                                    Attorney for Plaintiff

2

| | | |
|---|---|---|
| DATED: October 9, 2023 | | LAW OFFICES OF ROBERTO MARQUEZ |
| | | /s/ Roberto Marquez |
| | | Roberto Marquez |
| | | Attorney for Plaintiff |

DATED: October 9, 2023      McNAMARA, AMBACHER, WHEELER, HIRSIG, GRAY LLP
/s/ Noah Blechman
Noah Blechman, Esq.
Attorney for Defendants

      PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 10, 2023

_____
Troy L. Nunley
United States District Judge

3