Peter Goldstein [SBN 123111]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone:     (310) 552-2050
Facsimile:      (888) 400-8799

-AND-

Roberto Marquez (State Bar #131195)
Law Offices of Roberto Marquez
613 D Street
Marysville, CA 95901
Telephone: (530) 749-8766
Facsimile: (530) 743-1364

*Attorneys for Plaintiff*
*JEFFREY COMER*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY COMER,<br><br>  Plaintiff,<br><br>  vs.<br><br>County of Sutter, Sherriff Brandon Barnes, in his individual and official capacity, MARK HYLEN, ERNESTO CHAVEZ, HARRISON EIDE, MICHAEL AGUILAR, DOES 1 through 25 inclusive,<br><br>  Defendants. | Case No: 2:22-cv-00079-TLN-KJN<br><br>**JOINT STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER AND ORDER** |

Pursuant to Civil Local Rule 143(a)(l) and subject to the Court's approval, the parties hereto jointly stipulate to modify the Joint Stipulation to Modify Initial Pretrial Scheduling Order and Order entered on October 10, 2023, by the Court (Docket 33) as detailed below.  This is the <u>sixth</u> request to modify the case schedule. (See Docket 12, 14, 16, 18, 33).

1

This sixth request is necessitated by the recent deposition of Defendants MARK HYLEN, ERNESTO CHAVEZ, HARRISON EIDE, and MICHAEL AGUILAR, requiring more discovery needed by PLAINTIFF. DEFENDANTS also intend to take the deposition of PLAINTIFF, JEFFREY COMER, who is currently incarcerated in Folsom State Prison. Defendants, in compliance with Cal. Penal Code §§ 1995; 2623, and as directed by California State Prison at Folsom, per the litigation unit, are required to obtain an Order from the Court permitting Plaintiff's deposition – a stipulation and proposed order by the parties will follow. Should the Court approve the parties' stipulation, the Defendants will then submit the Order to the Warden of Folsom State Prison for approval. Once approved by the Warden, the parties and prison officials will seek to schedule Plaintiffs deposition, a process which takes some time and effort to get scheduled and confirmed.

Further, the outcome of the Court's ruling on Defendants' Motion to Bifurcate (ECF 35) could also affect the need for additional discovery and is still pending.

There is no trial date set in this matter.

The parties believe that the below schedule, extending the below deadlines an additional 90 days will allow them to complete the necessary discovery.

| Event | Current Deadlines | New Proposed Deadlines |
|---|---|---|
| Close of Fact Discovery | September 25, 2024 | **December 26, 2024** |
| Experts Disclosures Deadline | November 18, 2024 | **February 17, 2025** |
| Rebuttal Disclosure of Discovery/Experts | December 9, 2024 | **March 7, 2025** |
| Dispositive Motions Filing Deadline | January 17, 2025 | **April 17, 2025** |

The parties agree that all other matters contained in the Initial Pretrial Scheduling Order (Document 3) filed January 12, 2022, are incorporated herein.

2

| | | |
|---|---|---|
| DATED: August 12, 2024, | | PETER GOLDSTEIN LAW CORP |
| | | /s/ Peter Goldstein |
| | | Peter Goldstein |
| | | Attorney for Plaintiff |

DATED: August 12, 2024,                              LAW OFFICES OF ROBERTO MARQUEZ
                                                     /s/ Roberto Marquez
                                                     Roberto Marquez
                                                     Attorney for Plaintiff


DATED: August 12 ,2024                               McNAMARA, AMBACHER, WHEELER,
                                                     HIRSIG, GRAY LLP
                                                     /s/ Noah Blechman
                                                     Noah Blechman, Esq.
                                                     Attorney for Defendants


PURSUANT TO STIPULATION, THE NEW DEADLINES LISTED ABOVE ARE HEREIN ADOPTED AS PROPOSED BY THE PARTIES.

IT IS SO ORDERED

DATED: August 13, 2024

Troy L. Nunley
United States District Judge

3