NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
COUNTY OF SUTTER, SHERIFF BRANDON BARNES,
MARK HYLEN, ERNESTO CHAVEZ, HARRISON EIDE, and
MICHAEL AGUILAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY COMER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF SUTTER, SHERIFF BRANDON BARNES, in his individual and official capacity, MARK HYLEN, ERNESTO CHAVEZ, HARRISON EIDE, MICHAEL AGUILAR, and DOES 1 through 25 inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-00079-TLN-CSK<br><br>**STIPULATION AND [PROPOSED] ORDER TO TAKE PLAINTIFF'S IN-PERSON DEPOSITION WHILE INCARCERATED AT FOLSOM STATE PRISON** |

　　　　All parties, by and through their counsel of record, submit this Stipulation and Proposed Order wherein they stipulate as to the following:

　　　　1.　　WHEREAS, Defendants are entitled and are seeking to depose Plaintiff Jeffrey Comer (Comer), an inmate currently incarcerated at Folsom State Prison (FSP), the lone Plaintiff in this case, where Plaintiff is currently housed.

　　　　2.　　WHEREAS, pursuant to FSP policies and practices, and per Local Rules, in order to conduct an in person deposition of an inmate, FSP requires the Court to issue an order granting the Parties' authority to depose Comer during his incarceration at FSP.  A videographer will need to be in person along with a stenographer to ensure the parties comply with FRCP 30(b) and to

1  properly preserve the deposition and maintain its integrity. Comer's deposition will be video
2  recorded, as it is crucial that there be a video recording to preserve Comer's testimony and to avoid
3  any prejudice towards the parties at the time of trial. In addition, in order to efficiently present
4  deposition exhibits, it will be necessary for defense and/or Plaintiff's counsel to have laptops at the
5  deposition, as much of the evidence in this police shooting case is digital. In the alternative and/or
6  to supplement, the parties may determine it necessary to bring physical exhibits (documents) in
7  support of the deposition.

8      3.    THEREFORE, good cause exists, subject to the Court's approval, for the parties to
9  depose Plaintiff Jeffrey Comer during his incarceration, to include a videographer to video record
10 Plaintiff's deposition, as well as a stenographer, and to allow any present counsel to also bring in
11 their laptops, if need be.

12 **IT IS SO STIPULATED**

13 The undersigned attests that permission in the filing of this document(s) has been obtained
14 from the signatory below, which shall serve in lieu of the actual signatures on the document(s).

15 Dated: October 15, 2024    PETER GOLDSTEIN LAW CORP

16     By:   /s/ Peter Goldstein
17            Peter Goldstein
           Attorneys for Plaintiff

18
19 Dated: October 15, 2024    LAW OFFICES OF ROBERTO MARQUEZ

20     By:   /s/ Roberto Marquez
           Roberto Marquez
21            Attorneys for Plaintiff

22 Dated: October 15, 2024    McNAMARA, AMBACHER, WHEELER,
23                                  HIRSIG & GRAY LLP

24     By:   /s/ Noah G. Blechman
           Noah G. Blechman/John J. Swafford
25            Attorneys for Defendants
           COUNTY OF SUTTER, SHERIFF BRANDON
26            BARNES, MARK HYLEN, ERNESTO CHAVEZ,
           HARRISON EIDE, and MICHAEL AGUILAR
27
28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

# ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The Court grants Defendants' request to depose Plaintiff Jeffrey Comer, in person, during his incarceration at Folsom State Prison, which includes allowing a videographer and a stenographer with all their necessary equipment to record Plaintiff's deposition, after being cleared by the facility.  Further, defense counsel along with Plaintiff's counsel are permitted to bring their laptops to the in person deposition for exhibit presentation and for the deposition.  Parties must comply with all security requirements per Folsom State Prison security policies and procedures.  The parties will meet and confer as to scheduling Plaintiff's deposition that conforms to the Folsom Prison Litigation Unit's procedures.

**IT IS SO ORDERED**

Dated: October 17, 2024

By: _____
Hon. CHI SOO KIM
United States Magistrate Judge

4, come0079.22