Peter Goldstein [SBN 123111]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone:  (310) 552-2050
Facsimile:   (888) 400-8799

-AND-

Roberto Marquez (State Bar #131195)
Law Offices of Roberto Marquez
613 D Street
Marysville, CA 95901
Telephone: (530) 749-8766
Facsimile: (530) 743-1364

*Attorneys for Plaintiff*
*JEFFREY COMER*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY COMER,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SUTTER, SHERIFF BRANDON BARNES, in his individual and official capacity, MARK HYLEN, ERNESTO CHAVEZ, HARRISON EIDE, MICHAEL AGUILAR, DOES 1 through 25 inclusive,<br><br>    Defendants. | Case No: 2:22-cv-00079-TLN-KJN<br><br>**STIPULATION AND ORDER TO AMEND CASE SCHEDULE** |

All parties, by and through their respective attorneys of record, submit this Stipulation and Proposed Order wherein they stipulate as set forth below and hereby move this Court to modify its Scheduling Order, entered on November 12, 2024

1

(Docket 44). The parties stipulate that good cause exists to amend the operative scheduling order as indicated below.

1. WHEREAS, there is written discovery that is outstanding and depositions that are being calendared as Plaintiff intends to depose Lt. Rajinder Gill, former Sutter County Investigator John Duffy and another witness as well as a 30b6 designee from Sutter County and propound additional written discovery.

2. WHEREAS, the parties have met and conferred and have agreed, subject to the Court's approval, to extend relevant dates and deadlines to allow for these depositions to occur in mid March up through May dependent on witness availability and thereafter follow up discovery and preparation for expert disclosures.

3. WHEREAS, the parties are also set for mediation before (Ret.) Hon. Kendall Newman on March 18, 2025 at Judicate West and this extension in the schedule will allow for such mediation to occur prior to the parties likely incurring additional discovery costs.

4. WHEREAS, plaintiff has served a third set of interrogatories and a fourth set of request for production documents on February 14, 2025, which are not due until 30 days from such date.

5. WHEREAS, Jeffrey Comer is incarcerated at Folsom State Prison and his deposition was taken on January 27, 2025. His current release date is late February 2026. Discovery was also somewhat hampered and delayed in this matter due to difficulty working with the prison where Plaintiff was located to schedule and complete the in person deposition, which has now been completed.

6. WHEREAS, the parties have agreed that the trial should commence after plaintiff set to be released (estimated in February, 2026) to allow him to testify in person at trial.

7. WHEREAS, there is no trial date set in this matter. The parties have sought and been granted six prior extensions, and this case continues to progress forward.

8. THEREFORE, for the good cause showing, the parties stipulate that, subject to the Court's approval, to allow the extension of 4 months for all dates except for the dispositive motion deadline which the parties request be extended for 3 months, the Pretrial Schedule should be modified as follows:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | March 28, 2025 | **July 28, 2025** |
| Expert Disclosures | May 16, 2025 | **September 16, 2025** |
| Rebuttal Expert Disclosures | June 20, 2025 | **October 20, 2025** |
| Dispositive Motion deadline | August 8, 2025 | **November 7, 2025** |

IT IS SO STIPULATED.

The undersigned attests that permission in the filing of this document(s) has been obtained from the signatory below, which shall serve in lieu of the actual signature on the document(s).

DATED: February 25, 2025,          PETER GOLDSTEIN LAW CORP

                                   /s/ Peter Goldstein
                                   Peter Goldstein
                                   Attorney for Plaintiff

DATED: February 25, 2025,          LAW OFFICES OF ROBERTO MARQUEZ

3

        /s/ Roberto Marquez
        Roberto Marquez
        Attorney for Plaintiff

DATED: February 25, 2025,    McNAMARA, AMBACHER, WHEELER, HIRSIG, GRAY LLP

        /s/ Noah Blechman
        Noah Blechman, Esq.
        Attorney for Defendants

# ORDER

Pursuant to the stipulation of the parties, and with good cause appearing therefore, IT IS HEREBY ORDERED that the Pretrial Scheduling Order in this case be modified as follows:

| Event | New Deadline |
|---|---|
| Close of Fact Discovery | **July 28, 2025** |
| Experts Disclosures | **September 16, 2025** |
| Rebuttal Expert Disclosures | **October 20, 2025** |
| Dispositive Motions Filing | **November 7, 2025** |

IT IS SO ORDERED.

DATED: February 25, 2025

_____
Troy L. Nunley
Chief United States District Judge